IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>CONNER CHAPMAN,<br><br>                Defendant. | 8:23CR81<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Karen M. Shanahan to withdraw as counsel for the defendant, Conner Chapman (Filing No. 20). Matt Catlett has filed an entry of appearance as retained counsel for Conner Chapman. Therefore, Karen M. Shanahan's motion to withdraw (Filing No. 20) will be granted.

Karen M. Shanahan shall forthwith provide Matt Catlett any discovery materials provided to the defendant by the government and any such other materials obtained by Karen M. Shanahan which are material to Conner Chapman's defense.

The clerk shall provide a copy of this order to Matt Catlett.

**IT IS SO ORDERED.**

Dated this 11th day of May, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge